**Order entered November 14, 2022**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

**No. 05-22-00621-CR**
**No. 05-22-00622-CR**
**No. 05-22-00623-CR**

**WILSON ALEJANDRO MONTOYA, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 2**
**Dallas County, Texas**
**Trial Court Cause Nos. F19-00780-I, F19-00781-I & F19-00779-I**

## ORDER

The clerk's records were filed in these cases on October 4, 2022. The clerk's record filed in cause no. 05-22-00621-CR (trial court cause no. F19-00780-I) does not contain a copy of the indictment or the written judgment. The clerk's record filed in cause no. 05-22-00622-CR (trial court cause no. F19-00781-I) does not contain a copy of the indictment. A sealed volume of the clerk's record filed in cause no. 05-22-00622-CR does not contain a sealing order. *See* TEX. R. APP. P.

9.10(g) (providing sealed documents must be filed in separate record and sealing order must be first document in sealed record if sealed record is filed electronically).

Accordingly, we **ORDER** the Dallas County District Clerk to file, within **FOURTEEN DAYS** of the date of this order, a supplemental clerk's record in cause no. 05-22-00621-CR (trial court cause no. F19-00780-I) containing the indictment and judgment in that case.

We **ORDER** the Dallas County District Clerk to file, within **FOURTEEN DAYS** of the date of this order, a supplemental clerk's record in cause no. 05-22-00622-CR (trial court cause no. F19-00781-I) containing the indictment in that case.

We **STRIKE** the October 4, 2022 sealed volume of the clerk's record in cause no. 05-22-00622-CR (trial court cause no. F19-00781-I). We **ORDER the** Dallas County District Clerk to file, within **FOURTEEN DAYS** of the date of this order, a sealed volume of the clerk's record in cause no. 05-22-00622-CR with the trial court's sealing order and the sealed documents.

/s/    LANA MYERS
       JUSTICE